UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES A. PACHECO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF JOLIET, a municipal corporation, OFFICER ADAM STAPLETO (Star No. 286), OFFICER ERIC ZETTERGREN (Star No. 339),<br><br>Defendants. | No. 1:13 cv 5272<br><br>Judge: Lindsay C. Jenkins<br><br>Trial by Jury Demanded |

## JOINT STATUS REPORT

NOW COME the Parties, by and through their respective undersigned counsel, and hereby submit the following Joint Status Report pursuant to the Court's March 2, 2026 Order (ECF #225):

**I.     Settlement**

Defendants have provided Plaintiff with a proposed settlement agreement, which is currently under review by the Parties and remains subject to potential revisions. Accordingly, the Parties respectfully request an additional thirty (30) days to finalize the settlement agreement and to file a stipulation of dismissal as to all Defendants.

Dated: March 27, 2026          Respectfully submitted,

By:     /s/ Andrew O'Donnell

By:     /s/ John Partelow

*Counsel for Plaintiff:*
John E. Partelow
Patrick Martin Ouimet

54 North Ottawa Street
Suite 310
Joliet, IL 60432
pmouimet@sarlesouimet.com
jepartelow@aol.com

*Counsel for Defendants:*
John M. O'Driscoll
Darcy L. Proctor
Andrew J. O'Donnell
TRESSLER LLP
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
dodonnell@tresslerllp.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that the aforementioned document was filed and served electronically on all counsel of record through the Court's CM/ECF system on March 27, 2026  Parties of record may obtain a copy through the Court's CM/ECF system.

/s/     Andrew O'Donnell